Martha ITUARTE–OLIVAS, Petitioner,

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–74066.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 28, 2008.

Ian E. Silverberg, Esq., Reno, NV, for Petitioner.

NVL–District Counsel, Office of the District Counsel Department of Homeland Security, Las Vegas, NV, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, James E. Grimes, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Martha Ituarte–Olivas, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing as untimely her appeal from an immigration judge's ("IJ") order denying her request for adjustment of sta-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tus. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition for review.

The record reflects that the IJ's oral decision was rendered on May 27, 2004, the notice of appeal was due on June 28, 2004, *see* 8 C.F.R. § 1003.38(b), and the BIA received Ituarte–Olivas' notice of appeal on July 1, 2004. Because Ituarte–Olivas has not pointed to the type of "rare circumstances" under which the BIA may excuse late filing, *see Oh v. Gonzales,* 406 F.3d 611, 613 (9th Cir.2005), the BIA properly dismissed the appeal as untimely.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.